No. 71–1245. Slayton, Penitentiary Superintendent v. Hammer. C. A. 4th Cir.;

No. 71–1472. Neil, Warden v. Pendergrass. C. A. 6th Cir. Reported below: 456 F. 2d 469;

No. 71–1495. Cowan, Penitentiary Superintendent v. Bruce. C. A. 6th Cir. Reported below: 457 F. 2d 365; and

No. 72–400. Rose, Warden v. Rivera. C. A. 6th Cir. Reported below: 465 F. 2d 727. Motions of respondents for leave to proceed in forma pauperis and certiorari granted. Judgments vacated and cases remanded for further consideration in light of Michigan v. Payne, ante, p. 47, and Chaffin v. Stynchcombe, ante, p. 17. Mr. Justice Douglas would affirm the judgments. See Michigan v. Payne, ante, p. 58, Chaffin v. Stynchcombe, ante, p. 35, and Moon v. Maryland, 398 U. S. 319, 321 (1970), dissenting opinions.

No. 71–1281. Linder, Warden v. Recor. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis and certiorari granted. Judgment vacated and case remanded for further consideration in light of Chaffin v. Stynchcombe, ante, p. 17. Mr. Justice Douglas would affirm the judgment. See Chaffin v. Stynchcombe, ante, p. 35, and Moon v. Maryland, 398 U. S. 319, 321 (1970) (dissenting opinions).